

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00058-CV

| | | |
|---|---|---|
| Kenneth Ray Waldrop | § | From the 393rd District Court |
| | § | of Denton County (2006-61054-393) |
| | § | |
| v. | | |
| | § | September 29, 2016 |
| | § | Opinion by Justice Sudderth |
| Teresa Waldrop | § | Dissent by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Kenneth Ray Waldrop shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth